# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 125 WAL 2018

           Respondent :

            : Petition for Allowance of Appeal from
            : the Order of the Superior Court

           v. :

THOMAS EDWARD SPERBER, JR., :

           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.